IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO THOMAS AZAMA,

    Petitioner,                     No. 2:11-cv-0684 WBS JFM P

    vs.

M. MARTEL,

    Respondent.                    <u>ORDER</u>

        Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. The petitioner was denied on April 12, 2012, and this court declined ot issue a certificate of appealability. Judgment was entered in this action on the same day. On April 30, 2012, petitioner filed a notice of appeal and a motion for leave to proceed in forma pauperis on appeal.

        The Federal Rules of Appellate Procedure provide as follows:

> [A] party who has been permitted to proceed in an action in the district court in forma pauperis . . . may proceed on appeal in forma pauperis without further authorization unless . . . the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed . . . .

Fed. R. App. P. 24(a). This court has not certified that petitioner's appeal is not taken in good faith and has not otherwise found that petitioner is not entitled to proceed on appeal in forma

1

pauperis.[1]  Accordingly, petitioner's motion for leave to proceed in forma pauperis on appeal will be denied as unnecessary.

In accordance with the above, IT IS HEREBY ORDERED that petitioner's April 30, 2012 motion to proceed in forma pauperis on appeal is denied as unnecessary.  See Fed. R. App. P. 24(a).

DATED: July 5, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/azam0684.24gf2

---

[1] The fact that this court declined to issue a certificate of appealability is not dispositive of the pending motion.  See Gardner v. Pogue, 558 F.2d 548, 551-52 (9th Cir. 1977) (test for whether to allow appeal to proceed in forma pauperis is "easily met"; test for issuance of certificate of probable cause is "stricter"); see also Grotto v. Herbert, 316 F.3d 198, 209 (2nd Cir. 2004) (quoted in Rios v. Garcia, 390 F.3d 1082, 1087 (9th Cir. 2004) (standard for certificate of appealability not significantly different from standard for certificate of probable cause).